# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR257** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID PETERSEN, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of defendant David Petersen, Jr. (Petersen) for a chemical dependency evaluation (Filing No. 8). The motion is granted to the extent Pretrial Services shall arrange such an evaluation and report the results of the evaluation to the court and counsel. No further action will be taken on a release of the defendant in this matter until all state holds and/or probation violation proceedings are cleared.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge