IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR257 |
| | ) | |
| DAVID PETERSEN, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's motion to continue (Filing No. 30) is granted.

**IT IS ORDERED** that the evidentiary hearing on defendant's motion to suppress (Filing No. 24) is continued to **September 29, 2005, at 2:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge