UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR257 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| DAVID PETERSON, JR. and, | ) | |
| AMANDA NIELSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 80). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On December 21, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 853, based upon the Defendants' pleas of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $13,549.00 in United States currency was forfeited to the United States.

2. On December 21, 2005, this Court entered an Order (Filing No. 56) granting Plaintiff's Consent Motion to Release Money, returning $1,057.00 of the $13,549.00 in United States Currency to Defendant, Amanda Nielson.

3. On January 5, 12 and 19, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose

of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on February 21, 2006(Filing No. 79).

    3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    IT IS ORDERED:

    A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 80) is hereby sustained.

    B. All right, title and interest in and to the subject property, i.e., $12,942.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

    C. The subject property, i.e., $12,942.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

    D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

    DATED this 28th day of February, 2006.

                                             BY THE COURT:

                                             s/Laurie Smith Camp
                                             United States District Judge